UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

RAFAEL SOLAR,

                        Plaintiff,

    -against-                                          9:10-CV-00341 (LEK/CFH)

C.O. R. LENNOX; NURSE NESMITH,
Great Meadow Correctional Facility; P.A.
TICHENOR, Upstate Correctional Facility;
C.O. R. LENNOX, Great Meadow
Correctional Facility; DR. THOMPSON,
Great Meadow Correctional Facility; and
CAPTAIN ROWE, Great Meadow
Correctional Facility,

                        Defendants.

## DECISION and ORDER

This matter comes before the Court following a Report-Recommendation filed on May 23, 2012 by the Honorable David R, Homer,[1] United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and Northern District of New York Local Rule 72.3(d). Dkt. No. 120 ("Report-Recommendation").

Within fourteen days after a party has been served with a copy of a magistrate judge's report-recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations." FED. R. CIV. P. 72(b); N.D.N.Y. L.R. 72.1(c). "If no objections are filed . . . reviewing courts should review a report and recommendation for clear error." Edwards v. Fischer, 414 F. Supp. 2d 342, 346-47 (S.D.N.Y. 2006) (citations omitted).

Here, no objections have been raised in the allotted time with respect to Magistrate Judge

---

[1] Due to Judge Homer's retirement, the case has since been reassigned to the Honorable Christian F. Hummel, United States Magistrate Judge. Dkt. No. 124.

Homer's Report-Recommendation. See generally Dkt. Plaintiff requested an extension of time to file objections to the Report-Recommendation, which was granted. Dkt. No. 121 (and accompanying Text Order). Plaintiff failed to file objections during this extension. See generally Dkt. After a thorough review of the Report-Recommendation and the record, the Court has determined that the Report-Recommendation is not subject to attack for clear error or manifest injustice.

Accordingly, it is hereby:

**ORDERED**, that the Report-Recommendation (Dkt. No. 120) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that Defendants' Motion for summary judgment (Dkt. No. 98) is **GRANTED as to all defendants and all claims**; and it is further

**ORDERED**, that the Clerk of the Court serve a copy of this Decision and Order upon the parties to this action.

**IT IS SO ORDERED**.

DATED:    September 10, 2012
         Albany, New York

*[signature]*

Lawrence E. Kahn
U.S. District Judge